

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE:

ERIC FLORES,

Relator.

§       No. 08-19-00205-CR

§       AN ORIGINAL PROCEEDING

§       IN MANDAMUS

§

# **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Maria Salas-Mendoza, Judge of the 120th District Court of El Paso County, Texas, and against the El Paso County District Clerk, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 9TH DAY OF AUGUST, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.